LAW OFFICES OF
# FREDERICK K. BREWINGTON
*ATTORNEYS AND COUNSELORS AT LAW*
**556 PENINSULA BOULEVARD**
HEMPSTEAD, N. Y. **11550**

———

TELEPHONE: (516) 489-6959
FACSIMILE: (516) 489-6958

**FREDERICK K. BREWINGTON**
--------
**IRA FOGELGAREN**
--------
**GREGORY CALLISTE, JR.**
**VALERIE M. CARTRIGHT**
**G. WILLIAM GERMANO, JR.**
**MARJORIE MESIDOR**

January 7, 2011

### *VIA ELECTRONIC CASE FILING*
Honorable William D. Wall
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    <u>Minter v. County of Nassau, et. al.</u>
             Docket No.: CV-09-2189 (DRH)(WDW)

Dear Judge Wall:

    As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. In accordance with Your Honor's Order of July 21, 2011, this letter is to respectfully provide a Status Report of this matter.

    A Stipulation of Settlement and Order of Dismissal, has been executed by Plaintiff, Mr. Kevin Madden, and the City of New York Defendants, and a General Release and Affidavit of Status of Liens has been executed by Plaintiff . We await the return of the executed documents by the Village of Garden City Defendants. Once these defendants have executed the documents, and payment has been made, a Stipulation of Discontinuance will be properly filed with the Court.

    We thank the Court for its kind consideration.

                                                              Respectfully submitted,

                                                                 /S/
                                                        VALERIE M. CARTRIGHT

cc:    David M. Pollack, Esq.

Mrk A. Cuthbertson, Esq.